FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 1 9 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 24-1629 DHU |
| ) | |
| vs. ) | 18 U.S.C. §§ 922(g)(1), 922(g)(3), and |
| ) | 924: Prohibited Person in Possession of a |
| **MITCHEAL JONES**, ) | Firearm. |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

On or about August 19, 2024, in Bernalillo County, in the District of New Mexico, the defendant, **MITCHEAL JONES**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1)     solicitation to commit retail theft,

(2)     receiving or transferring a stolen motor vehicle,

(3)     possession of a controlled substance, and

(4)     felon in possession of a firearm,

and knowing that he was unlawful user of and addicted to any controlled substance as defined in Section 102 of the Controlled Substances Act, knowingly possessed a firearm in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1), 922(g)(3), and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **MITCHEAL JONES**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28

U.S.C. § 2461(c), any firearms involved in the commission of the offense(s), including, but not limited to, a Charter Arms Corporation model "Off Duty," .38 special revolver with a partially obliterated serial number bearing the digits 79055.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney